**FILED**

04/21/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0645

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### DA 19-0645

_____

STATE OF MONTANA,

      Plaintiff and Appellee,

v.                                                             O R D E R

BRUCE LEON LASTER,

      Defendant and Appellant.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Jessica T. Fehr, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 21 2021